IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | CR 06-1703-TUC-JMR |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| SYLVIA FLORES, | ) | |
| | ) | |
| Defendant. | ) | |

The District Court, having independently reviewed the pleadings in the court file in this matter and the Magistrate Judge's Report and Recommendation,

**IT IS ORDERED** that the District Court **ADOPTS** the Magistrate Judge's Report and Recommendation's conclusion that the defendant violated her conditions of supervised release as alleged in A(2) and D.

DATED this 8th day of February, 2010.

_____
John M. Roll
Chief United States District Judge